UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KOTY ARCOREN,<br><br>Defendant. | 3:21-CR-30042-RAL<br><br><br>ORDER GRANTING CONTINUANCE<br>AND SCHEDULING ORDER |

Defendant Koty Arcoren moves for a continuance. The Court finds that the ends of justice served by continuing the trial outweigh the best interests of the public and the Defendant in a speedy trial insofar as defense counsel has made known to the Court that more time is needed to investigate this matter and prepare for trial. Based on the foregoing, it is therefore

ORDERED that Defendant's motion is granted. It is further

ORDERED that the following deadlines shall now apply to this case:

| | |
|---|---|
| Suppression/voluntariness motions | September 21, 2021 |
| Responses to suppression/voluntariness motions due | Within seven calendar days after motion is filed |
| Subpoenas for suppression hearing | September 21, 2021 |
| Suppression/voluntariness hearing before Magistrate Judge Mark Moreno | If necessary, to be held prior to October 5, 2021 |

1

| Applications for Writ of Habeas Corpus Ad Testificandum | October 12, 2021 |
|---|---|
| Other non-limine motions | October 19, 2021 |
| Responses to other non-limine motions due | Within seven calendar days after motion is filed |
| Subpoenas for trial | October 19, 2021 |
| Plea agreement or petition to plead and statement of factual basis | October 19, 2021 |
| Notify court of status of case | October 19, 2021 |
| Motions in limine | October 26, 2021 |
| Proposed jury instructions due | October 26, 2021 |
| Pretrial conference | November 1, 2021, at 2 p.m. |
| Jury trial | November 2, 2021, at 8:30 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the Court's previous orders remain in effect unless specifically changed herein.

DATED this 12th day of August, 2021.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE